No. 02–280. ROSALES ET AL. *v.* KEAN ARGOVITZ RESORTS, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–285. HERSHFIELD *v.* COUNTY OF KING GEORGE, VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 02–290. SEGURA ET UX. *v.* TEXAS DEPARTMENT OF HUMAN SERVICES ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–331. ELLIS *v.* HUTCHINSON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–335. IRONS *v.* ASOCIACION DE PROPIETARIOS DE LA URBANIZACION DORADO REEF, INC. Ct. App. D. C. Certiorari denied.

No. 02–341. MAYO *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–356. CHU *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 02–360. FARROW *v.* POTTER, POSTMASTER GENERAL. C. A. 11th Cir. Certiorari denied.

No. 02–365. WEBER *v.* POTTER, POSTMASTER GENERAL, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–386. CHING-TSEN BIEN *v.* CHAO, SECRETARY OF LABOR. C. A. D. C. Cir. Certiorari denied.

No. 02–393. DUKE *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–395. ECONOMOU *v.* WHITE, SECRETARY OF THE ARMY. C. A. 2d Cir. Certiorari denied.

No. 02–398. CORTEZ-OCHOA *v.* PLILER, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.